| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolski, Victor J. | U.S. Court of Federal Claims | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Active | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

H.T.Markey National Cts. Bldg.
717 Madison Pl., N.W.
Washington, DC 20005

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | Public Contract Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | General Electric Co. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. YUM Common Stock | A | Dividend | J | T | | | | | |
| 2. U.S. Senate F.C.U. Accounts | A | Int./Div. | M | T | | | | | |
| 3. Fidelity Joint Brokerage Account | A | Interest | J | T | | | | | |
| 4. PIMCO Emerging Markets Bond Fund D5 (PEMDX) | A | Dividend | J | T | | | | | |
| 5. Schwab Government Money Fund (SWGXX) (IRA) | | None | K | T | | | | | |
| 6. DoubleLine Total Return Bond Fund Class I (DBLTX) (IRA) | A | Dividend | J | T | | | | | |
| 7. Templeton Global Bond Fund Class A (TPICZ) (IRA) | A | Dividend | J | T | | | | | |
| 8. Vanguard Intermediate-Term Investment-Grade Fund (VFICX) (IRA) | A | Dividend | J | T | | | | | |
| 9. Vanguard Short-Term Investment-Grade Fund Inv Cl (VFSTX) (IRA) | A | Dividend | J | T | | | | | |
| 10. Vanguard Total Bond Market Index Fund Signal (VBTSX) (IRA) | A | Dividend | J | T | | | | | |
| 11. DFA Emerging Markets Core Equity Port Inst'l (DFCEX) (IRA) | A | Dividend | K | T | | | | | |
| 12. DFA Int'l Small Co Port Inst'l (DFISX) (IRA) | A | Dividend | J | T | | | | | |
| 13. DFA Large Cap Int'l Port Inst'l (DFALX) (IRA) | A | Dividend | K | T | Buy (add'l) | 05/20/15 | J | | |
| 14. DFA US Large Cap Value Port Inst'l (DFLVX) (IRA) | A | Dividend | K | T | Sold (part) | 05/20/15 | J | A | |
| 15. DFA US Small Cap Port Inst'l (DFSTX) (IRA) | A | Dividend | J | T | | | | | |
| 16. Guggenheim BulletShares 2018 Corp Bond ETF (BSCI) (IRA) | A | Dividend | | | Sold | 05/20/15 | J | | |
| 17. iShares Core S&P 500 ETF Index (IVV) (IRA) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. iShares MSCI EAFE Value ETF (EFV) (IRA) | A | Dividend | J | T | Buy | 06/25/15 | J | | |
| 19. iShares Russell Mid-Cap ETF (IWR) (IRA) | A | Dividend | K | T | | | | | |
| 20. iShares Russell Mid-Cap Value ETF (IWS) (IRA) | A | Dividend | J | T | | | | | |
| 21. WisdomTree SmallCap Dividend Fund (DES) (IRA)) | A | Dividend | J | T | | | | | |
| 22. iShares 1-3 Year Credit Bond ETF (CSJ) (IRA) | A | Dividend | J | T | | | | | |
| 23. iShares MSCI EAFE ETF (EFA) (IRA) | A | Dividend | K | T | | | | | |
| 24. iShares Russell 2000 Value ETF (IWN) (IRA) | A | Dividend | J | T | Sold (part) | 06/25/15 | J | A | |
| 25. iShares iBoxx $ High Yield Corporate Bond ETF (HYG) (IRA) | A | Dividend | | | Sold | 12/15/15 | J | | |
| 26. Vanguard Total Bond Market ETF (BND) (IRA) | A | Dividend | J | T | | | | | |
| 27. Vanguard FTSE Emerging Markets ETF (VWO) (IRA) | A | Dividend | J | T | | | | | |
| 28. Vanguard Value ETF (VTV) (IRA) | A | Dividend | K | T | | | | | |
| 29. WisdomTree Emerging Markets Local Debt Fund (ELD) (IRA) | A | Dividend | | | Sold | 09/30/15 | J | | |
| 30. Schwab Municipal Money Fund (SWXXX) | A | Dividend | J | T | | | | | |
| 31. First Eagle High Yield Cl I (FEHIX) (IRA) | A | Dividend | | | Sold | 12/15/15 | J | | |
| 32. Metropolitan West Total Return Bond I (MWTIX) (IRA) | A | Dividend | J | T | | | | | |
| 33. Vanguard Intermediate Term Corporate ETF (VCIT) (IRA) | A | Dividend | J | T | | | | | |
| 34. iShares Core US Value ETF (IUSV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Russell 3000 ETF (IWV) | A | Dividend | J | T | | | | | |
| 36. DFA International Value I Fund (DFIVX) (IRA) | A | Dividend | J | T | | | | | |
| 37. iShares MSCI ACWI ETF (ACWI) | A | Dividend | J | T | | | | | |
| 38. Fidelity NASDAQ Composite Index (FNCMX) | A | Dividend | J | T | | | | | |
| 39. USAA Virginia Bond Adviser Cl (UVABX) | A | Dividend | J | T | | | | | |
| 40. Guggenheim Bullet 2021 Corp Bd ETF (BSCL) (IRA) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 41. Fidelity Intl Cap Apprec Fund (FIVFX) | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 42. Fidelity Blue Chip Growth (FBGRX) (X) | | None | J | T | | | | | |
| 43. Fidelity Small Cap Growth (FCPGX) (X) | | None | J | T | | | | | |
| 44. Apple, Inc. (AAPL) | | None | J | T | Buy | 08/24/15 | J | | |
| 45. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 46. General Electric Co.(GE) (X) | | None | J | T | | | | | |
| 47. Fidelity Govt Money Market (SPAXX) (IRA) (X) | | None | J | T | | | | | |
| 48. Fidelity Small Cap Enhanced Index Fund (FCPEX) (IRA) (X) | | None | J | T | | | | | |
| 49. Fidelity Growth & Income (FGRIX) (IRA) (X) | | None | L | T | | | | | |
| 50. Fidelity Blue Chip Growth (FBGRX) (IRA) (X) | | None | J | T | | | | | |
| 51. Fidelity Ltd Term Bond Fund (FURLX) (IRA) (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Short Term Bond (FSHBX) (IRA) (X) | | None | K | T | | | | | |
| 53. Fidelity Total Bond (FTBFX) (IRA) (X) | | None | L | T | | | | | |
| 54. Synchrony Jumbo CD | A | Interest | M | T | Buy | 06/10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- information on line 54 inadvertently omitted from report filed earlier.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor J. Wolski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544